UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY ESCARAVAGE, *on behalf of herself and all others similarly situated*,

                        Plaintiff,

-v-

LM RESTAURANT GROUP LLC, *et al.*,

                        Defendants.

No. 14-cv-9008 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-15

RICHARD J. SULLIVAN, District Judge:

      Due to a conflict with the Court's calendar, IT IS HEREBY ORDERED THAT the fairness hearing originally scheduled for Friday, May 22, 2015 at 11:30 a.m. is rescheduled to Wednesday, May 20, 2015 at 11:30 a.m. The Court regrets any inconvenience caused by this necessary rescheduling.

SO ORDERED.

Dated:     May 19, 2015
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE