UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY ESCARAVAGE, *on behalf of herself and all others similarly situated*,

                  Plaintiff,

-v-

LM RESTAURANT GROUP LLC, *et al.*,

                  Defendants.

No. 14-cv-9008 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-15

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' motion for final approval of the Settlement Agreement, General Release and Waiver (the "Settlement"). For the reasons stated on the record at the fairness hearing held on May 20, 2015, the Court finds that the Settlement is fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the Court grants final approval of the Settlement. The Court further finds that Plaintiff's counsel's request for attorneys' fees and litigation costs and expenses in this action is fair and reasonable. Accordingly, IT IS FURTHER ORDERED THAT Plaintiff's counsel are hereby awarded attorneys' fees and costs as set forth in the Settlement. Finally, the Court finds that in this case the parties each have an interest in maintaining the confidentiality of the Settlement, and that, as stated on the record at the fairness hearing, these interests outweigh the presumption of public access to judicial records. *See, e.g., Medley v. Am. Cancer Soc.*, No. 10-cv-3214 (BSJ), 2010 WL 3000028, at *1 n.1 (S.D.N.Y. July 23, 2010) (approving the sealing of confidential FLSA settlement materials, including the settlement

agreement). Accordingly, the Clerk of the Court is respectfully directed to maintain the Settlement and the parties' joint letter requesting judicial approval of the Settlement under seal.

The Court shall retain exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement.

SO ORDERED.

Dated:     May 20, 2015
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE